UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RODOLFO LOPEZ-CUPA, ET AL, <br><br> Defendants. | NO. CR10-5723BHS <br><br> ORDER GRANTING EXTENSION OF PRETRIAL MOTIONS' DEADLINE |

Upon the stipulation of the parties to continue the pretrial motions' due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter is continued to August 5, 2011.

DONE this 21st day of July, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ John R. Carpenter*
JOHN R. CARPENTER
Attorney for Defendant
Rodolfo Lopez-Cupa

*s/ James S. Schacht*
JAMES S. SCHACHT
Assistant United States Attorney

*s/ Paula T. Olson*
PAULA T. OLSON
Attorney for Defendant
Fabian Mendez

*s/ Thomas E. Weaver*
THOMAS E. WEAVER
Attorney for Defendant
Julio Perez

ORDER GRANTING EXTENSION OF
PRETRIAL MOTIONS' DUE DATE        1